**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KENNETH DALLA COSTA, *et al.,*

      Plaintiffs,

    v.

SAMANTHA ILIC, *et al.,*

      Defendants.

Case No. 1:21-cv-5165

**PLAINTIFFS' UNCONTESTED MOTION FOR ENTRY OF JUDGMENT ON A SEPARATE DOCUMENT PURSUANT TO FED. R. CIV. P. 58(d)**

Plaintiffs, by counsel, respectfully move this Court to set out the judgment in this case in a separate document pursuant to Federal Rule of Civil Procedure 58(d). In support, Plaintiffs state:

1. On August 29, 2023, this Court entered a Memorandum Opinion and Order granting Veena Ramaiah, Lindsay Forrey, and the University of Chicago Medical Center's Motion to Dismiss and denying Samatha Ilic and Melissa Lara's Motion to Dismiss. [ECF #45]. Claims against Ilic and Lara remained pending after that ruling.

2. On March 27, 2026, this Court entered a Memorandum Opinion and Order granting Samantha Ilic and Melissa Lara's Motion for Summary Judgment. [ECF# 106]. The Court's ruling disposed of all remaining claims in Plaintiffs' Amended Complaint.

3. Federal Rule of Civil Procedure 58(a) requires that "[e]very judgment and amended judgment must be set out in a separate document."

4. As of the date of this filing, the Clerk has not entered a separate judgment document on the civil docket.

5. Entry of a separate document is necessary to ensure the record is complete and to provide a clear date for the commencement of any post-judgment or appellate deadlines.

6. A copy of this Motion was shared with all counsel of record in advance of the filing. After reviewing the Motion, all parties are in agreement with the relief sought herein. As a result, the Motion is uncontested.

WHEREFORE, Plaintiffs respectfully request that the Court enter a final judgment on a separate document in accordance with Rule 58.

Dated: May 6, 2026

By:     */s/ Aaron W. Rapier*

Aaron W. Rapier, IL No. 6270472
**Rapier Law Firm, PLLC**
1770 Park Street, Suite 200
Naperville, IL 60563
(630) 853-9224
arapier@rapierlawfirm.com